IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DONDRE JOHNSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MCALESTER POLICE DEPARTMENT** et al.,<br><br>**Defendants.** | Case No. 23-CV-40-JFH |

## ORDER

Before the Court is the Motion to Dismiss [Dkt. No. 8] filed by Defendants McAlester Police Department and Chris Skinner ("Defendants"). This case was filed on February 1, 2023. Dkt. No. 2. In the Motion to Dismiss, Defendants describe various alleged deficiencies in Plaintiff's Complaint. *See* Dkt. No. 8.

Plaintiff is invited, if he so desires, to file an amended complaint by April 12, 2023, providing additional factual averments which might overcome Defendants' claims of insufficiency. Should Plaintiff file an amended complaint, the Motion to Dismiss will be deemed moot, without prejudice to re-filing.

Dated this 29th day of March 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE